**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1990**

---

TRACY HOWARD,

       Plaintiff - Appellant,

    v.

UNITED AIRLINES, INC.,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:24-cv-02929-DKC)

---

Submitted: February 26, 2026               Decided: March 2, 2026

---

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tracy Howard, Appellant Pro Se.  Daniel Z. Herbst, REED SMITH LLP, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Howard appeals the district court's order dismissing her civil complaint for failure to state a claim upon which relief may be granted.  We have reviewed the record and find no reversible error.  Accordingly, we deny Howard's motions to supplement the record and affirm the district court's order.  *Howard v. United Airlines, Inc.*, No. 8:24-cv-02929-DKC (D. Md., July 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*